December 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JORGE GUERRERO, Appellant

NO. 14-13-00101-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment of the 338th District Court **VACATED** and **DISMISSED**. The cause is remanded to the 314th District Court for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.